# IN THE UNITED STATES DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES,** | * | |
| | * | |
| **v.** | * | |
| | * | |
| | * | **Disposition: 11/07/23** |
| **KEVIN CASTILLO** | * | |
| Defendant. | * | |

\* \* \*

## DEFENSE DISPOSITION MEMORANDUM

Now comes the Defendant, Mr. Castillo, by and through undersigned counsel, and respectfully presents the following Pre-Disposition Memorandum and Exhibits for the Court's Consideration in the instant case:

## PERSONAL BACKGROUND

1.      Defendant is a 25 year old male, with no prior violent criminal record or convictions, record aside from the instant offense.  (See, PSI).

2.      But for the instant offense, Mr. Castillo has no prior violent criminal convictions of any kind, anywhere in the Country.  (Id.)

3.      At the time of the criminal allegations against him, Mr. Castillo was residing with his partner and extended family.  (Id.)

4.      Mr. Castillo's family has been supportive throughout her entire life, and especially since he was arrested, prosecuted and pled guilty for the offenses he was alleged to have committed in the above titled case.   (See, Letters of Support 1-19).

6.      As the enclosed letters of support show, Mr. Castillo has evinced kind, benevolent behavior toward his family, friends and peers all of her life.  He has been an has been known as a gentle church-goer, employee and friend.  (Id.).

7.      As the enclosed letters of support[1] indicate, his family speaks well of Mr. Castillo's potential for rehabilitation in the future, and hope that Mr. Castillo can exit detention and be safely relocated, if possible, so that he may continue on with his life (while on probation[2]).   (Id.).

---

[1] Mr. Castillo's family was provided the additional mitigation option of hiring Dr. Eric Lane to conduct a private psychological evaluation, but the client and family declined due to lack of resources.  The client and the family were also alerted that they could request the Dept. of State for an international prison transfer to El Salvador, but they declined.

[2] As the court was alerted during the plea colloquy, Mr. Castillo will be automatically placed in immigration removal proceedings following the finality of his conviction, and will have no active defense to the removal action due to the aggravated felony conviction he pled guilty to.  Therefore, a period of probation will likely be moot in this case.  See, INA § 101(a)(43), 8 USC § 1101(a)(43).

## **LEGAL CONSIDERATIONS**

8.      Criminal courts have discretion to fashion dispositions and remedies, according to each particular case, including the amount of incarceration and its purpose – be it deterrence or punishment – within the Federal sentencing guidelines range.

9.      In this case, the Court has before it PSI report and the proposed guidelines range per the plea colloquy and agreement with the Government. (Id.)

10.      The Court also has at its disposal, the previously noted letters of recommendation for Mr. Castillo, as well as his progress report in the PG County Detention Center.

## DEFENSE SENTENCING REQUEST

The Defense respectfully requests the Court to impose a disposition to the agreed upon range with the Government, and to give the Defendant credit for time served since his original arrest, and any other legal relief the court could apply.

Respectfully submitted,


/s/ Abraham Carpio
Abraham F. Carpio
Prince George's Professional Park
3311 Toledo Terrace, Suite B-201
Hyattsville, MD 20782
carpiolaw@gmail.com
(301) 559-8100 (office)
Fed. Bar: 25443

Counsel for Mr. Castillo


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Pre-Sentence Memorandum was delivered to AUSA Joel Crespo via the Court's ECF system.


/s/ Abraham Carpio
Abraham F. Carpio, Esq.

My name is William Castillo
I'm Kevin's cousin Alexander
Castillo Calderón. The reason
for this letter is to tell you that
I met Kevin since he was a
child and he was always a
very cheerful person. He liked
soccer very much. He
didn't mess with anyone. I
always met him as a working
my grandfather when he decided
to trav l to the united states.
my wife aveled with him and then
I traveled then i saw him again
in the united tates. he always worked.
He already ho his home, his wife
and his son. his home his wife
he worked on lways knew that
was arrested. e roof when he
i just want to as surprised so
him free again

Judges paula X,
09/29/23

09/29/2023

From: Madelin Molina.
(Fiance)


For: Mrs. PAULA XINIS
(Judge)


Mrs. Judge, I am writing this letter about the case of KEVIN A CASTILLO CALDERON.
Where I will be telling you what we experienced while we were together, Kevin He was always a good partner and a good father to our son even though we only saw each other on weekends because he worked 4 hours from where we lived, since he had to stay in a hotel near his work at that time because he couldn't go and come back the same day due to the hours of driving but that's how we got ahead and food and rent for our home were not lacking at home and even though he arrived tired he always tried to share the two free days that he had left in the week with me and our child, we went out to eat, we went to the park and sometimes to the beach we always went out together so that our son could go out and have fun with us because we couldn't on weekdays.

Kevin is not a bad person, his parents have always been two people who never miss church, even though he is a God-fearing person.

In our country EL SALVADOR there is a lot of crime and many times our parents come to the US to give us a better life so that we do not lack anything, but that is where the gangs take advantage of young people when they see us alone because the majority of us are left living alone with our grandparents.

As I have said, we have known each other for 8 years, we met when we were in High School I remember that we fell in love through letters at school, he was and is always a very loving person and since we have been together I have never seen him doing bad things, everything that has happened hurts me because he was the only support we had to help us get ahead my son and I, and now we no longer have him with us, I know that even when he is where he is, he tries and makes us feel that he is always present even if it is with his words, every day he calls us to see how we are, he talks to our son, When we visit him he always plays with him and always tries to cheer him up and we would not like to imagine that he would spend his entire life in prison. This has been an unimaginable pain that my son and I have gone through because we would not want to lose him forever, we all deserve second chances and from what I know Kevin I would say that he has not been able to do everything that they say or accuse him of having done and not because he is my partner but because of the time I have known him and knowing that he is a good person.

At the end of this letter, the only thing I respectfully ask of you, Mrs. Judge, is that you please make a correct and fair decision for Kevin, so that we have the hope of one day sharing

together as a family again and that my son can see him out of jail and enjoying his dad, because he is a very loving father to our son.

We are not a family with great resources and it has been difficult for me not to have Kevin's support since he has been in jail and my heart hurts so much every time I listen my son cry and say or ask his dad when he is going to come back with us? and the only thing we tell him is that we will be together soon because that is our faith to be together again and what our heart desires so much, that we will be again the happy family we were. In advance we will respect the decision that you as a judge make and we will always be here to support Kevin as his little family that we are.  Thank you!!!



### CERTIFICATION OF VITAL RECORD

VIEW PRESENCE OF WATERMARK   HOLD TO LIGHT TO VIEW

# STATE OF MARYLAND
## Department of Health and Mental Hygiene
## Division of Vital Records
# CERTIFICATE OF LIVE BIRTH

| | | | |
|---|---|---|---|
| **1. CHILD'S NAME** (First, Middle, Last, Suffix) <br> Jayden Alexander Calderon Molina | | **File No.** | **2018-00-09214** |

| 2. TIME OF BIRTH (24 hr) <br> 07:07 | 3. SEX <br> Male | 4. WEIGHT <br> 6 lbs 12 oz | 5. DATE OF BIRTH (Mo/Day/Yr) <br> February 19, 2018 |
|---|---|---|---|

**6a. FACILITY NAME** (If not institution, street and number) <br> Washington Adventist Hospital

| 6b. CITY, TOWN OR LOCATION OF BIRTH <br> Takoma Park | 6c. COUNTY OF BIRTH <br> Montgomery |
|---|---|
| 7a. ATTENDANT'S NAME <br> ELIZABETH MUBIRU | 7b. ATTENDANT'S TITLE <br> MD |
| 7c. CERTIFIER'S NAME <br> VALERIE DUNCAN | 7d. CERTIFIER'S TITLE <br> FACILITY REGISTRAR |
| 7e. I certify that the above named child was born alive at the place and time on the date stated above. <br> Electronic signature on file | 7f. DATE SIGNED <br> February 22, 2018 |

**8a. MOTHER'S CURRENT LEGAL NAME** <br> Madelin Gissel Molina Escobar

| 8b. MOTHER'S DATE OF BIRTH <br> May 17, 2000 | 8c. BIRTHPLACE (State, Territory, or Foreign Country) <br> El Salvador |
|---|---|

**8d. MOTHER'S NAME PRIOR TO FIRST MARRIAGE** <br> Madelin Gissel Molina Escobar

**9a. STREET AND NUMBER OF MOTHER'S RESIDENCE** <br> 11045 Montgomery Rd

| 9b. APT. NO. | 9c. CITY, TOWN, OR LOCATION <br> Beltsville |
|---|---|
| 9d. STATE, TERRITORY, OR FOREIGN COUNTRY <br> Maryland | 9e. ZIP CODE <br> 20704 | 9f. COUNTY <br> Prince George's |

**10a. FATHER'S CURRENT LEGAL NAME** <br> Kevin Alexander Castillo Calderon

| 10b. FATHER'S DATE OF BIRTH <br> December 26, 1997 | 10c. BIRTHPLACE (State, Territory, or Foreign Country) <br> El Salvador |
|---|---|

| 11a. REGISTRAR'S NAME AT FILING <br> Geneva G. Sparks | |
|---|---|
| FOR OFFICE USE ONLY | 11b. DATE FILED (Mo/Day/Yr) <br> February 23, 2018 |

This is to certify that this is a true and correct copy of the official record on file in the Maryland Division of Vital Records.

2010972

*Geneva G. Sparks*

_____
Geneva G. Sparks
State Registrar

01/29/2019
_____
Date Issued

DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH SEAL
OF VITAL RECORDS CLEARLY EMBOSSED.



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



Prince George's County Department of Corrections
Inmate Services Division – Workforce Development
Orientation, Job Readiness, & How to Interview Modules

Certificate of Completion

is presented to

*Kevin Castillo-Calderson*

On this day, January 20, 2023

Ms. Lardiero, Workforce Development Coordinator

214

**PRINCE GEORGE'S COUNTY -   DEPARTMENT OF CORRECTIONS**
**NOTIFICATION OF DIMINUTION CREDITS**
**INDUSTRIAL TIME - SPECIAL PROGRAMS TIME**

TO:        INMATE RECORDS UNIT/DIMINUTION COORDINATOR

FROM:        Ms. Lardiero                                  Inmate Services
                  (Staff Member)                              (Division)

DATE:        11-28-2022

RE:        Castillo-Calderson, Kevin                      051541
             (Inmate Name - Last, First, M.I.)          (Inmate I.D. Number)

EFFECTIVE DATE: AS OF   11/28/22   ,   THE INMATE NAMED ABOVE

[✓] is enrolled in the Education Program, specifically     Workforce Development     Class.

[ ] is enrolled in the Treatment Program, specifically                              Class.

[ ] is enrolled in the Work Program, specifically                                  Program.

[ ] has completed/ will complete the                                              Program,

specifically the                                    Class/ Program on                .

[ ] has been removed from the                                                     Program,

specifically the                                    Class/ Program on                .

Acknowledged                                    and forwarded to Records on: 11/29/22
                  (Classification Representative)

Comments      Pre-Trial (Federal Hold)

Data Entered by:                                    Code Used:            Date
                        (Initials)

Distribution: White - Records        Yellow - Classification      Pink - Program Coordinator        Gold - Inmate

P.G.C. Form # 4196 (Revised 2/03)

**PRINCE GEORGE'S COUNTY - DEPARTMENT OF CORRECTIONS**
**NOTIFICATION OF DIMINUTION CREDITS**
**INDUSTRIAL TIME - SPECIAL PROGRAMS TIME**

TO:      INMATE RECORDS UNIT/DIMINUTION COORDINATOR

FROM:   J. DAVENPORT                                    Inmate Service
              (Staff Member)                                          (Division)

DATE:   6-22-2022

RE:      Castillo-Calderon, Kevin                          051514
              (Inmate Name - Last, First, M.I.)          (Inmate I.D. Number)

EFFECTIVE DATE: AS OF   6/22/22   ,   THE INMATE NAMED ABOVE

- [✓] is enrolled in the Education Program, specifically Adult Education Program _____ Class.
- [ ] is enrolled in the Treatment Program, specifically _____ Class.
- [ ] is enrolled in the Work Program, specifically _____ Class.
- [ ] has completed/ will complete the _____ Program.
       specifically the _____ Program, _____ Class/ Program on _____,
- [ ] has been removed from the _____ Program,
       specifically the _____ Class/ Program on _____,

Acknowledged _Sweet_ (Classification Representative)   and forwarded to Records on: 6/27/22

Comments _Fed Hold_

Data Entered by: _____ (Initials)   Code Used: _____ Date _____

Distribution: White-Records     Yellow-Classification     Pink-Program Coordinator     Gold-Inmate

**P.G.C. Form # 4196 (Revised 2/03)**

Congratulations!

# Kevin Castillo-Calderon

*For Successful Completion*
*Of The*

## Adult Basic Education

## Program



9-30-22

Date

Ms. J. Davenport-Smith
Program Services





SERIE "B"
No. 749257

PARTIDA NUMERO VEINTISIETE, KEVIN ALEXANDER, varón,
nació a las cuatro horas, la del día veintiseis de diciem-
bre de mil novecientos noventa y siete, en el Cantón Puerto Parada de esta jurisdicción,
siendo hijo de PEDRO ANTONIO CASTILLO CAMPOS,
y de PATRICIA CAROLINA CALDERON, el primero originario de esta ciudad,
estudiante, de veinte años de edad, del domicilio de esta misma, y de
nacionalidad salvadoreña, la segunda originaria de esta ciudad, estudiante, de
diecinueve años de edad, del domicilio de esta misma, y de
nacionalidad salvadoreña, Dió estos datos PEDRO ANTONIO CASTILLO CAMPOS, padre,
de l recién nacid y exhibió su Cédula de Identidad Personal Número cinco-uno- sesenta y
cuatro mil ciento treinta y uno, expedida por la Autoridad
Municipal de esta ciudad, y firma,
juntamente con el
Infrascrito Encargado Registro Estado Familiar-Usulután, seis de
enero de mil novecientos noventa y ocho.- Entrelíneas, siete.- Vale.-

REGISTRADORA ESTADO FAMILIAR
LICARDA ALFONSO SARAVIA

INFORMANTE
P.A.C.C.



El infrascrito Registrador de Familia de esta ciudad CERTIFICA: Que la presente fotocopia es conforme con su original la cual se encuentra asentada en el Tomo
de documento
Folio 7 Año 1998
D.L. No. 1872 del 24 de junio de 1955 D.O. 119 Tomo 167 de junio del mismo año.

10 FEB. 2021

Lic. José Salomón Monjaras Rodríguez
Registrador de Familia
ALCALDIA MUNICIPAL DE USULUTAN
REGISTRO DEL ESTADO FAMILIAR
EL SALVADOR, C.A.
Expedición:

Patricia Carolina Calderon
11342 Cherryhill rd
Beltsville Md 20705

To: The Honorable Judge Paula Xinis

My name is Patricia Carolina Calderon, mother of Kevin Alexander Castillo Calderon. I come before you to plead for forgiveness for my son for the situation he finds himself in. He finds himself in a very delicate and sad situation, where his freedom is at stake. It breaks my heart to know that he may spend 26 years away from me and especially his son.

Your honor,  I come before you humbly and with a heavy heart and once again ask for mercy towards the sentencing or verdict that you may decide upon. Throughout my many visits and talks with my son, I've come to realize that his greatest fear is to not be involved in the life of his only son. Who will grow without his father.  I understand that as a judge you have to make tough decisions in these matters which are not easy due to the severity of the case but, I plead that you may grant an opportunity, a glimpse of hope, that he may be in the life of his son.

Gripping on the last hope I have left, I write this letter to you your honor. Trusting in God and in your noble heart, madam judge, a desperate and anguished mother says goodbye to you but with the trust that everything will turn out for the better.

May God bless you and your family always.

Jonathan Gabriel Calderon
11380 Cherryhill rd
Beltsville Md 20705

**To: The Honorable Judge, Paula Xinis**

Your honor, I am writing this letter with my utmost integrity and honesty regarding my cousin Kevin Alexander Calderon. I first met Kevin in the year 2011 when I traveled with my father, little sister, and little brother from the United States to El Salvador, where Kevin is from.

I encountered Kevin that year visiting my grandparents with whom Kevin was raised. Kevin was four years older than me so I looked up to him as a big brother because we were family. I vividly remember accompanying him to move our grandparent's cattle from pasture to pasture which he did daily. I was frightened, for there were many cattle, but Kevin knew exactly how to control them. He was so young yet so mature, I admired him for his conscientious and hard-working spirit, and his loving and altruistic care for my grandparents astounded me.

Years later, Kevin had the blessed opportunity to come to the United States to reunite with his father and mother, and with a clean conscience, I can voice that devotion and diligence persevered with him through the years, for I saw it. In this respect, he showed his parents the love he gave his son, and the countless weeks he would have to leave to install roofs on homes to provide for them. I believe our actions have consequences, and the severity of this case is no exception, your honor I plead mercy and a second chance for Kevin to not grow old behind this mistake he severely regrets. He is my friend, cousin, and brother no matter the outcome. Me and my family will be here for him.



Luis Angel Castillo Calderon
11342 Cherryhill rd
Beltsville MD 20705

To: The Honorable Judge, Paula Xinis

Kind regards, hoping that you and your family are well. I Luis Angel
Castillo Calderon of 22 years of age resident of Cherryhill rd apt 101
MD United States. I am the brother of Kevin Alexander Castillo
Calderon. By means of this letter I am writing to you honorable judge
stating that I know my brother Kevin Alexander Castillo Calderon very
well.

I remember when we were little, we were so united. He always took care
of us, of me and of my two siblings (Marelin and Elenilson). He always
protected us. We went out together with my grandfather to work. He
always helped my grandparents, he has been a good grandson, father,
and a good brother. He has always been a hard worker. He worked
installing roofs on houses to provide a better future for his family and his
son Jayden.

Therefore, honorable judge please take into consideration these words of
an anguished brother. Who wishes not to see his brother grow old in a
prison. Your honor, we all make mistakes and I implore you to have
compassion for my brother Kevin. I believe he can contribute good to
society despite this failure. As a brother I am willing to help him
reintegrate to society. Honorable judge be you with the direction of God
making the decision that you see competent for my brother. And
regardless of the decision you make, we will always be there for him.
With these words I say goodbye, God bless you and your family.

Elenilson Antonio Castillo Calderon
11342 Cherryhill rd
Beltsville MD 20705

To: The Honorable Judge, Paula Xinis

The motive of this letter is to tell you that I Elenilson Antonio Castillo Calderon, am the younger brother of Kevin Alexander Castillo Calderon. I have been a witness of the person who my brother is. Since we were children we shared many moments together and I know that Kevin is a respectful young man, engaged, kind, and generous.

He has been a brother and a mentor to me. Thanks to him I have learned those values.  I remember all the moments in which we spent together playing on a swing that he himself made for us. We are three younger siblings. And he did it so we could have fun since there was no park near our house. We shared so many moments that now I miss.
Kevin, Luis, Marelin, and Elenilson, four siblings that are united. The oldest of us (Kevin) has been our pillar and the one who has taught us to love each and respect each other. I have seen him grow up and become an excellent father. He was so attentive to his son that every time he came from work he was so anxious to spend time with him, there were no times that he didn't bring something for little Jayden. He has been a dedicated man to his family and very hard working to give his family a better future.

Honorable judge, as you know we have not had the opportunity to be with our loved one Kevin which breaks our hearts. Honorable judges, we all commit mistakes but I beg for the opportunity for Kevin to amend his mistake. I would be so happy to be the first one to help my brother reintegrate to society. I implore you to please take into account my letter, which I write with the purpose of presenting a little about who Kevin was before this fault for which he is being sentenced. Honorable judge with these words I say goodbye waiting that you make the best decision with God's help.

09/29/2023

Mrs. Judge, I am writing this letter about the case of KEVIN A CASTILLO CALDERON.
My name is Rebeca Guerrero, I am a friend of Kevin's small family, I met him when we went to school. I remember that he was always a very nice man and a good person with people. After that time he formed his small family who today is the mother of his son and fiancee at this moment. I am very sorry for everything that Kevin is going through and what his child suffers every time he talks about his dad because he misses him a lot. From what I know Kevin was always someone who was very loving with his family and very dedicated to them, there were many occasions that I went out to share with them as a family to parks or children's play places because I also have a son around the same age Kevin's son and I always saw them very happy. His son really enjoyed hanging out with him because he became just another child playing with his son.

All this that is happening is very difficult and so sad because those of us who knew him, knew that he was a happy man with his family and at the same time quiet because we never saw him make problems with other people.
But we trust in God and in you, Mrs. Judge, that you will make a good decision with Kevin because he is a young and good man and  the only thing we sincerely ask is that you give him an opportunity so that he can return with his family and not miss the childhood of his beautiful and intelligent son.
Thank you! Mrs. Judge, in advance for giving us the opportunity to tell you about Kevin.

09/29/2023

Mrs. Judge, I am writing this letter about the case of KEVIN A CASTILLO CALDERON.
My name is Erlin Cruz. I met  Kevin at school, he was always a good guy. There were
occasions that I shared with him and his family, I always saw them very happy.
Mrs. Judge, all of us who know Kevin ask you to please give him a second chance so he can
be with his family again and see his little son grow up.
Thanks in advance!!

Colin Hoitt

PO Box 6621

Annapolis,MD 21401

410-212-2311

CHoitt@Hoittconstruction.com

September 15, 2023

To Whom it may Concern,

My name is Colin Hoitt. I am fifty seven years old. I work for myself performing historic building restoration. I live in Maryland. Kevin Calderon works with me and I have known him for four and half years. I met him through work. I know him as a good and reliable worker. Kevin is very respectful and works hard. Kevin is a quick learner and strives to learn more. Kevin works well with others and is respected and respectful of his co-workers. Kevin seems to be adjusting to life fine here in the United States.

We just completed a job at the Veterans Administration Hospital in Martinsburg, West Virginia. We also are working on one in Salem Virginia. Kevin is an important member of my team. He helped complete the roof rehabilitations and additions.

Kevin should be allowed to remain in the United States. Kevin works hard and is a quick learner. He has been a good reliable guy.

I, Colin Hoitt, declare under penalty of perjury that the information contained in this letter is true and correct to the best of my knowledge.

Sincerely yours,

Colin Hoitt

This letter is from Maria Ortiz to Judge Paula Xinis. I am writing this letter to talk about Kevin Alexander Castillo Calderon. I have known him and his family for years and I have seen that he is a very loving and caring person to all those around them. Kevin is a responsible father to his son. He has done everything he can to keep on raising his son the right way, so that when he grows up he can also be a wonderful, loving, and caring human being. I have seen Kevin go to church along with his family. He has turned to God and also turned his family to God. He loves his parents and whenever he can he has been there for him. He has impeccable manners. He is such a concentrated person, in every way he has big goals and is hard working to reach them anytime. He has so much generosity to everyone. He never looks or points out if they can give back to him or not. He helps all those who he can and when he can. He has so much empathy. He is a dependable, loyal, and trustworthy person.



Ramiro Antonio Ayala
Puerto El flor, Usulután


To: The Honorable Judge, Paula Xinis


I Ramiro Antonio Ayala wit identification number of
DUI: 01648337-1 Pastor of the El nazareno Baptist
sanctuary church, of Puerto El Flor, Municipality of
Usulutan, Department of Usulutan, El salvador. By
this means I attest to knowing young  Kevin Alexander
Castillo Calderon whom I know from a very early age,
a student from primary to ninth grade at the Caserio
el Bontoncillio school center and continued his studies
in the Canton las  Salinas Educational Complex,
Puerto paradaUsulutan, process in which he entered
when he undertook his trip to the United states to meet
with his respective parents and not having more to try.


 And for the uses that are deemed appropriate, I sign
this.

Puerto El Flor, Usulután 14 de Septiembre del año 2023

A quien corresponda

Yo Ramiro Antonio Ayala con número de DUI: 01648337-1 Pastor de la Iglesia Santuario Bautista El Nazareno, de Puerto El Flor, Municipio de Usulután, Departamento de Usulután, El Salvador,  Por este medio doy fe de conocer Al Joven Kevin Alexander Castillo Calderón a quien conozco desde muy temprana edad, estudiante desde su primaria hasta el noveno grado en el Centro Escolar Caserío el Botoncillo y continuo sus estudios en el Complejo Educativo Cantón las Salinas, Puerto Parada, Usulután proceso en el cual se entraba cuando emprendió su viaje a los Estados Unidos para reunirse con sus respectivos Padres, y no habiendo más que tratar.

Y para los Usos que se estime conveniente firmo la presente.

F: _____

Pastor

Ramiro Antonio Ayala

Mariana Quintanilla
Usulután, El Salvador

To: The Honorable Judge, Paula Xinis

I Marina Quintanilla declare that I have known the young Kevin Alexander Castillo Calderon since he was little. I have known his parents Pedro Antionio Castillo, and Patricaia Carolina Calderon, for several years. They lived for a long time in the same community as me, of whom I can attest that they are hard working, honest, respectful people, with good ethics and moral principles, just like their son. During the time he lived in our community he always behaved well, being a good student and neighbor.

USULUTAN, 09/2023

A quien interese:

Yo María Quintanilla con numero único de identidad #                    de
años , manifiesto q conozco, al joven Kevin Alexander Castillo Calderón, desde
pequeño, ya que conozco desde hace varios años a sus padres los señores
Pedro Antonio Castillo y Patricia Carolina Calderón, ellos vivieron por mucho
tiempo en la misma comunidad que yo, de los cuales puedo dar fe que son
personas trabajadoras, honestas, responsables, de buenos principios éticos y
morales, al igual que su hijo; El cual durante el tiempo que convivio en nuestra
comunidad siempre presento una buena conducta, siendo buen estudiante, y
vecino.



F: _____